5/31/23, 8:15 AM Jeff Field & Associates Mail - U.S. Bankruptcy Court, Northern District of Georgia - Returned Mail Notice, In re: Ami Ngan ha Dang…

Case 23-54632-sms    Doc 9    Filed 05/31/23    Entered 05/31/23 08:19:15    Desc Main
Document      Page 1 of 2



contactus @fieldlawoffice.com <contactus@fieldlawoffice.com>

# U.S. Bankruptcy Court, Northern District of Georgia - Returned Mail Notice, In re: Ami Ngan ha Dang, Case Number: 23-54632, sms, Ref: [p-195174033]

1 message

**USBankruptcyCourts@noticingcenter.com** <USBankruptcyCourts@noticingcenter.com>  Tue, May 30, 2023 at 4:27 PM
To: contactus@fieldlawoffice.com

Notice of Returned Mail to Debtor/Debtor's Attorney

May 30, 2023

From: United States Bankruptcy Court, Northern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: Ami Ngan ha Dang, Case Number 23-54632, sms

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Ami Ngan ha Dang
527 Sydney Michelle Lane
Lawrenceville, GA 30046-3351

THE UPDATED ADDRESS IS:

527 Sydney Michelle Lane, Lot 52-A

Lawrenceville, GA 30046

/s/ R. Jeffrey Field                                          5/31/23

Signature of Debtor or Debtor's Attorney                      Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

5/31/23, 8:15 AM Jeff Field & Associates Mail - U.S. Bankruptcy Court, Northern District of Georgia - Returned Mail Notice, Je'sc Amidugan ha Dang…

Case 23-54632-sms Doc 9 Filed 05/31/23 Entered 05/31/23 08:19:15 Desc Main
Document Page 2 of 2

📄 **R_P92354632309a0020.PDF**
9K